## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TORRENCE TERRY,<br><br>                Defendant. | 4:25CR3055<br><br>ORDER |

The defendant has filed a Motion to Extend (Filing No. 65). Accordingly,

**IT IS ORDERED:**

1. On or before January 13, 2026, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

2. On or before January 20, 2026, the parties shall deliver to the undersigned's chambers via email to deluca@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

3. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **January 26, 2026, at 9:15 a.m.** Conferencing instructions will be provided under a separate order.

Dated this 12th day of January, 2026.

                                              BY THE COURT:

                                              *s/ Jacqueline M. DeLuca*
                                              United States Magistrate Judge