IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

      vs.

TORRENCE TERRY,

                Defendant.

**4:25CR3055**


**ORDER**

IT IS ORDERED:

1)    The motion of Kurt P. Leffler to withdraw as counsel of record for Defendant, (Filing No. 87), is granted.

2)    Defendant's newly retained counsel, Stuart J. Dornan, shall promptly notify Defendant of the entry of this order.

3)    The clerk shall delete Kurt P. Leffler from any future ECF notifications herein.

Dated this 20th day of February, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge