IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TORRENCE TERRY,<br><br>Defendant. | **4:25CR3055**<br><br>**ORDER** |

Defendant's retained counsel, Stuart J. Dornan and Thomas J. Gross, have moved to withdraw. (Filing No. 138). Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) Counsel's motion to withdraw, (Filing No. 138), is granted. Stuart J. Dornan and Thomas J. Gross are hereby withdrawn as counsel and shall promptly notify Defendant of the entry of this order.

2) The clerk shall delete Stuart J. Dornan and Thomas J. Gross from any future ECF notifications herein.

3) The Court reappoints CJA Panel attorney Kurt P. Leffler to represent the defendant.

4) The clerk shall forward this memorandum and order to the Federal Public Defender.

5) The newly appointed counsel shall promptly file an entry of appearance on behalf of Defendant.

Dated this 23rd day of September, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge